

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**BILAL HAIDER**
*Senior Counsel*
Phone: (212) 356-3549
Fax: (212) 356-3509

December 3, 2020

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  Dramel Elliot v. City of New York, et al.
>      20 Civ. 702 (NRB) (SLC)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the assigned attorney representing defendants in the above-referenced matter. Defendants write to respectfully request an adjournment of the initial conference scheduled for December 17, 2020 at 10:30 a.m. (See Notice of Initial Pretrial Conference, ECF No. 28.)  The undersigned is scheduled to appear for a telephonic initial conference before the Honorable Steven M. Gold in the Eastern District of New York at 10:00 a.m. on the same date in the matters of Lawson v. City of New York, 20 Civ. 3218 (NGG) (SMG) and Abdul Aziz Aziz v. City of New York, 20 Civ. 3412 (NGG) (SMG). Plaintiff's counsel, Jeffrey Rothman, consents to this request.

The parties have conferred and are both available for a rescheduled conference after 1:00 p.m. on December 17th, anytime on December 21st, and after 2:00 p.m. on December 22nd and 23rd.

Thank you for your consideration herein.

Sincerely yours,

*Bilal Haider* /s

Bilal Haider
Special Federal Litigation Division
100 Church Street, Room 3-235
New York, New York 10007
(212) 356-3549
bhaider@law.nyc.gov

cc:   *Attorneys for Plaintiff* (By ECF)

```
Application granted.  The status
conference is rescheduled for December
21, 2020 at 11:30 a.m.
```
**SO ORDERED.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:  New York, New York
        December 4, 2020