```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DRAMEL ELLIOT,

                Plaintiff,
                                                    ORDER
        - against -
                                                    20 Civ. 702 (NRB)
THE CITY OF NEW YORK; POLICE OFFICER
ANTHONY JONES, Shield No. 17923;
POLICE SERGEANT JOSEPH CASTALDO, Shield
No. 358; JOHN DOE DETECTIVE; JOHN DOES;
and RICHARD ROES,

                Defendants.
------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that this case has been settled, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 90 days.

DATED:   New York, New York
         May 13, 2021

                                    _____
                                         NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE